United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. KORB, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY, et al.,<br><br>　　　　Defendants. | Case No.  12-cv-03847-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: Dkt. No. 31 |

Before the Court is Defendants' Motion to Dismiss the Third Amended Complaint. Dkt. No. 31. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for May 30, 2013, at 2:00 p.m., is hereby VACATED.

**IT IS SO ORDERED**.

Dated:  May 24, 2013

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　United States District Judge