Richard E. Korb (SB # 98140)
LAW OFFICES OF RICHARD E. KORB
1563 Solano Avenue, # 441
Berkeley, CA  94707
Tel: (510) 524-0903
Fax: (510) 705-1201

Attorney for Plaintiffs Richard Korb
(In Pro Se) and Faye Korb

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO BRANCH

| | |
|---|---|
| Richard E. Korb, Faye Y. Korb,<br><br>Plaintiffs,<br><br>   vs.<br><br>Carolyn W. Colvin, Commissioner of Social Security and the Social Security Administration,<br><br> Defendants. | Case No.  CV 12-3847-JST<br><br>**STIPULATION TO CONTINUE CMC AND PROPOSED ORDER**<br><br>Courtroom 9; 19th Floor<br>The Hon. Jon S. Tigar |

I.   INTRODUCTION

1. Whereas the Court initially scheduled the next case management conference "CMC" in this case for April 17, 2014, and then continued the date, *sua sponte,* to May 7, 2014.

2. Whereas Plaintiff' attorney, Richard Korb, will be out of the country from May 1, 2014 through May 25, 2014.

3. Whereas the parties hereby agree to continue the date for the CMC to the first available date in June or July 2014, subject to the Court's availability.

II.   PROPOSED STIPULATION

4. It is hereby stipulated that the CMC scheduled for May 7, 2014, is hereby continued to June 11, 2014 at 2:00 pm in Courtroom 9 of the above-entitled court. If for any reason

that date is not convenient for the Court, the parties hereby stipulate to have the CMC set on the first convenient date for the Court after June 11, 2014.

SIGNATURES:

LAW OFFICES OF RICHARD E. KORB

By: /s/ *Richard E. Korb*
RICHARD E. KORB, Esq.
Attorney for the Plaintiffs

By: /s/ *Susan L. Smith*
SUSAN L. SMITH, Esq.
Attorney for the Defendants

III. ~~PROPOSED~~ ORDER

**Good cause** appears herein for the continuance of the CMC currently set for May 7, 2014, to a date in June 2014.

It is hereby ordered that the CMC is continued to ~~[June 11, 2014] [or] [*insert date*]~~ June 18, 2014 at 2:00 pm in Courtroom 9 on the 19th floor of the above-entitled court.

Dated:  April 11, 2014

_____
The Hon. Jon S. Tigar
Judge, [...]

IT IS SO ORDERED
Judge Jon S. Tigar

Stipulation to Continue CMC