| | |
|---|---|
| 1 | MELINDA L. HAAG, CSBN 132612 |
| | United States Attorney |
| 2 | DONNA L. CALVERT, SBN IL 6191786 |
| | Regional Chief Counsel, Region IX |
| 3 | Social Security Administration |
| | SUSAN L. SMITH, CSBN 253808 |
| 4 | Special Assistant United States Attorney |

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8973
    Facsimile: (415) 744-0134
    E-Mail: Susan.L.Smith@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD E. KORB, | Case No.: 3:12-cv-03847-JST |
|     Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME** |
| vs. | |
| CAROLYN W. COLVIN, | |
| Acting Commissioner of Social Security, | |
|     Defendant. | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to provide records pursuant to the June 4, 2014 Court Order, up to and including October 2, 2014. The response is currently due September 2, 2014.  This extension is being sought because the Appeals Council of the Social Security Administration needs additional time to compile the relevant administrative records identified in the Court's June 4, 2014 order and otherwise needs additional time to respond.

//

//

Korb Stipulation for Extension; 3:12-cv-03847-JST

1

1 | This is the Commissioner's first extension request.

3 | Respectfully submitted,

4 | Date:   August 29, 2014          By:     */s/ Richard E. Korb\**
5 | RICHARD E. KORB
  | Attorney(s) for Plaintiff
6 | (*By email authorization on 8/29/2014)

8 | Date: August 28, 2014            MELINDA L. HAAG
  | United States Attorney
9 | DONNA L. CALVERT
  | Regional Chief Counsel, Region IX
10| Social Security Administration

                                    By:     */s/ Susan L. Smith*
12|                                           SUSAN L. SMITH
  |                                           Special Assistant U.S. Attorney
13|                                           Attorneys for Defendant

15|                                  **ORDER**

16| Pursuant to stipulation, it is so ordered.

19| DATED: September 2, 2014

20|                                  HON. _____
  |                                  UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Jon S. Tigar

Korb Stipulation for Extension; 3:12-cv-03847-JST

2