LAW OFFICES OF RICHARD E. KORB
Richard E. Korb (SB # 98140)
1563 Solano Avenue, # 441
Berkeley, CA  94707
Tel: (510) 524-0903
Fax: (510) 705-1201

Attorney for Plaintiffs Richard Korb
(In Pro Se) and Faye Korb

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO BRANCH

| | |
|---|---|
| Richard E. Korb, Faye Y. Korb, | Case No.  CV 12-3847-JST |
| Plaintiffs, | **STIPULATION TO CONTINUE CMC** |
| vs. | Date: December 10, 2014 |
| Carolyn W. Colvin, Commissioner of Social Security and the Social Security Administration, | Time: 2:00 p.m. Courtroom 9; 19th Floor The Hon. Jon S. Tigar |
| Defendants. | |

I.   INTRODUCTION

1. Whereas the Court scheduled the next case management conference (CMC)  in this case for December 10, 2014;

2. Whereas, Plaintiffs' attorney, Richard Korb will be out of the country from December 7 through December 16, 2014 for family obligations, and counsel for Defendant Susan L. Smith will be out of the office from December 31 through January 5;

3. Whereas the parties have agreed to continue the date for the CMC to a date after January 21, 2015, subject to the Court's convenience and availability.

Stipulation to Continue CMC

Case 3:12-cv-03847-JST   Document 61   Filed 10/09/14   Page 2 of 2

## II. PROPOSED STIPULATION

4. It is hereby stipulated that the CMC scheduled for December 10, 2014, is hereby continued to January 21, 2015, at 2:00 pm in Courtroom 9 of the above-entitled court. If for any reason that date is not convenient for the Court, the parties hereby stipulate to have the CMC set on the first convenient date for the Court after January 21, 2014.

SIGNATURES:

LAW OFFICES OF RICHARD E. KORB

By: /s/
RICHARD E. KORB, Esq.
Attorney for the Plaintiffs

By: /s/
SUSAN L. SMITH, Esq.
Attorney for the Defendants

## III. ~~PROPOSED~~ ORDER

Whereas good cause appears herein for the continuance of the CMC currently set for December 10, 2014, to a date in January 2015;

It is hereby ordered that the CMC is continued to January 21, 2015 ~~[or] [insert *date:*~~ ~~_____]~~ at 2:00 pm in Courtroom 9. 19th floor of the above-entitled court.

Dated: October 9, 2014

_____
The Hon. Jon S. Tigar



Stipulation to Continue CMC