Richard E. Korb (SB # 98140)
LAW OFFICES OF RICHARD E. KORB
1563 Solano Avenue, # 441
Berkeley, CA  94707
Tel: (510) 524-0903
Fax: (510) 705-1201

Attorney for Plaintiffs Richard Korb
(In Pro Se) and Faye Korb

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO BRANCH

| | |
|---|---|
| Richard E. Korb, Faye Y. Korb,<br><br>Plaintiffs,<br><br>    vs.<br><br>Carolyn W. Colvin, Commissioner of Social Security and the Social Security Administration,<br><br> Defendants. | Case No.  CV 12-3847-JST<br><br>**STIPULATION TO CONTINUE DEADLINES FOR FILING OPPOSITION AND REPLY BRIEFS ON MOTION FOR SUMMARY JUDGMENT AND PROPOSED ORDER**<br><br>Courtroom 9; 19th Floor<br>The Hon. Jon S. Tigar |

I.   INTRODUCTION

1. Defendants filed a motion for summary judgment on December 1, 2014. Plaintiff's Opposition is currently due December 15, 2014 and Defendant's Reply is due December 29, 2014. Plaintiff's counter-reply is due January 5, 2014. (Court's Order Docket No. 55.)

2. Plaintiff' attorney, Richard Korb, will be out of the country from December 6-15, 2014, and Defendant's counsel will be on vacation the last two weeks of December.

3. The parties hereby agree to continue the deadline for Plaintiff's Opposition to December 26, 2014, continue Defendant's Reply deadline to January 9, 2015 and continue Plaintiff's Reply to any counter motion to January 16, 2015.

STIP to CONTINUE MSJ FILING DEADLINES AND PROPOSED ORDER

## II. PROPOSED STIPULATION

4. It is hereby stipulated that the briefing schedule on Defendant's motion for summary judgment is modified to permit Plaintiff's Opposition to be filed on or before December 26, 2014; Defendant's Reply to be filed by January 9, 2015 and Plaintiff's Reply to any counter motion to January 16, 2015.

SIGNATURES:

LAW OFFICES OF RICHARD E. KORB


By: /s/ *Richard E. Korb*
RICHARD E. KORB, Esq.
Attorney for the Plaintiffs


By: /s/ *Susan L. Smith*
SUSAN L. SMITH, Esq.
Attorney for the Defendants

## III. PROPOSED ORDER

Good cause appearing herein, the filing deadline for Plaintiff's Opposition to Defendants' Motion for Summary Judgment is continued to December 26, 2014; Defendant's Reply is now due on January 9, 2015 and Plaintiff's Reply to any counter motion to January 16, 2015.

Dated: December 4, 2014

IT IS SO ORDERED
Judge Jon S. Tigar