UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RICHARD E. KORB, et al., | |
|---|---|
| Plaintiffs, | Case No. 12-cv-03847-JST |
| v. | **ORDER VACATING HEARING** |
| COMMISSIONER OF SOCIAL SECURITY, | Re: ECF No. 83 |
| Defendant. | |

Before the Court is Plaintiff Richard E. Korb's Motion for Sanctions and Costs. ECF No. 83. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for January 14, 2016, is hereby VACATED.

IT IS SO ORDERED.

Dated: January 4, 2016

_____
JON S. TIGAR
United States District Judge