UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. KORB, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  12-cv-03847-JST<br><br>**ORDER DISMISSING CASE** |

Plaintiff Richard Korb filed this action *pro se* on July 23, 2012 "for the purpose of obtaining judicial enforcement of a final decision of the Commissioner of Social Security (May 7, 2009) in Plaintiff's favor and subsequent SSA 'Notice of Award,' promising to send Plaintiff a check in the sum of $9,126.40." ECF No. 1 ¶ 1.  The parties have gone through several rounds of amended pleadings, pre-trial motions, and separate administrative proceedings.

They now agree that the issue of whether the Social Security Administration satisfied the May 2009 decision is moot because Plaintiff has received the entirely of the benefits to which he is entitled. ECF No. 97.  The parties also state that no further briefing is required on this issue. Id.

The Court concludes that there is no longer any basis on which to find a live controversy between these parties, and accordingly, dismisses the case as moot.  The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated: February 3, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge